UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-  Case No.  06-2mj-37-01

**FARHAD FOROUTAN-NAINI**
_____

# FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 49 U.S.C. § 46504 have been committed and that the defendant committed them.  It is therefore,

**ORDERED** that **FARHAD FOROUTAN-NAINI** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,  Tennessee on 2nd day of May, 2006.

_____s/ James H. Allen_____
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Farhad Foroutan-naini